**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LABORATORY CHARTER SCHOOL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  24-5039 |
| | : | |
| **A.L.L., A.L.** | : | |

# ORDER

**AND NOW**, this 12th day of June 2025, upon considering defendants' motion to dismiss (DI 13), plaintiff's opposition (DI 15), defendants' reply (DI 18), following our January 9, 2025 oral argument, and for reasons in the accompanying memorandum, it is **ORDERED** defendants' motion to dismiss (DI 13) is **GRANTED** and the Clerk of Court shall **close** this case.

_____
**MURPHY, J.**